AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Global Services International, Inc., and
Abdullahi Farah

V.

USA, John Ashcroft, Paul H. O'Neill, Colin L. Powell, R. Richard Newcomb, and Robert S. Mueller, III

## JUDGMENT IN A CIVIL CASE

Case Number: 02-cv-790 MJD/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendants' motion to dismiss is granted.

August 27, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Rena J. Lexvold, Deputy Clerk

Modified:03/10/03