✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Global Services et al.

V.

USA et al.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 02-CV-790 MJD/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that 1) Defendants' motion to dismiss is granted. 2) The motion to amend by Global Services and Abdullahi Farah is denied.

December 8, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Jackie Mehl, Deputy Clerk